IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:09CR150 |
| | ) | |
| | ) | |
| CHARLES CURTIS | | |

ORDER TERMINATING SUPERVISED RELEASE

On April 25, 2011, the above named was sentenced to five years Supervised Release following his term of imprisonment. Based on the recommendation of the U.S. Probation Department, no objections from the Government, and for good cause shown, it is hereby ordered that the Defendant, Charles Curtis, is discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2013

Walter Herbert Rice
United States District Judge